(V. D. 73)

MANCA, INC. *v.* UNITED STATES

Entry No. 89291.

(Decided April 9, 1958)

*Eugene R. Pickrell* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This matter is before me on remand from classification proceedings decided by the first division of this court in

*Manca, Inc.* v. *United States*, 39 Cust. Ct. 342, Abstract 60977. The conclusion therein, and the judgment issued pursuant thereto, was to the effect that the protest had been prematurely filed and the matter was remanded to a single judge in reappraisement to determine the proper dutiable values in the manner provided by law. (28 U. S. C. § 2636 (d).)

A stipulation of submission, upon which the matter is now before me, establishes export value, as defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for appraisement of the microscopes and wooden cases in question, and that such statutory value, which I hold to be the proper dutiable value for each class of articles, is as follows:

| Merchandise | Invoice price each | Less discount | U. S. dollars per each |
|---|---|---|---|
| 8 Ortholux Microscopes EEVIB_____ | $634. 88 | 25% | $476. 16 |
| 8 wooden cases_____ | 19. 20 | 25% | 14. 40 |

Judgment will be rendered accordingly.